NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RICARDO J. CALDERON LOPEZ, dba Starlight Consulting Services, dba Starlight Entertainment Enterprises, Inc., dba Starlight Music Management, Inc.,**
*Plaintiff-Appellant*

**v.**

**STATE OF CALIFORNIA, LOS ANGELES COUNTY REGISTRAR RECORDER OFFICE, OFFICE OF THE SECRETARY OF STATE, FRANCHISE TAX BOARD, COMMONWEALTH OF PUERTO RICO, Office of the Secretary of State,**
*Defendants*

_____

2024-2133

_____

Appeal from the United States District Court for the District of Columbia in No. 1:19-cv-01139-UNA, Judge Colleen Kollar-Kotelly.

_____

PER CURIAM.

**O R D E R**

On May 17, 2019, the district court dismissed Ricardo J. Calderon Lopez's complaint.  Mr. Calderon Lopez

2             CALDERON LOPEZ v. STATE OF CALIFORNIA

appealed to the United States Court of Appeals for the District of Columbia Circuit, which dismissed for failure to prosecute on October 17, 2019. On July 23, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a decision entered "05/17/2019" in the district court action. ECF No. 1-2 at 1.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and this appeal, filed over five years after the district court's May 17, 2019 decision, is clearly untimely. *See* 28 U.S.C. § 2107; Fed. R. App. P. 4. For at least this reason, we and any other court of appeals lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 22, 2024
Date